UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2
(2:15-cr-00472-RMG-1)
(2:25-cv-03298-RMG)

_____

In re: DYLANN STORM ROOF

Petitioner

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the District of South Carolina at Charleston |
|---|---|
| Date Petition Filed: | 05/05/2025 |
| Petitioner | Dylann Storm Roof |
| Appellate Case Number | 25-2 |
| Case Manager | Emily Borneisen 804-916-2704 |