**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219


May 6, 2025


_____


FEE NOTICE IN AGENCY CASES
AND ORIGINAL PROCEEDINGS

_____

No.   25-2,          In re: Dylann Roof
                     2:15-cr-00472-RMG-1, 2:25-cv-03298-RMG


**FEE ($600) OR IFP-APPLICATION TO PROCEED IN FORMA PAUPERIS DUE TO COURT OF APPEALS: May 21, 2025**

TO: Angela S. Elleman
     Jill Eskin Major HaLevi


To pursue this case, petitioner must pay the applicable filing fee to the **Clerk, U.S. Court of Appeals**. The fee may be paid by **credit card through CM/ECF** or by check or money order payable to the Clerk, U.S. Court of Appeals. If petitioner is financially unable to pay the fee, petitioner may file an **IFP-Application to proceed in forma pauperis** with this court. Petitioner must either pay the fee or file an in forma pauperis application with this court within 15 days or the court will initiate the process set forth in Local Rule 45 to dismiss this case for failure to prosecute.


Emily Borneisen, Deputy Clerk
804-916-2704