# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 6, 2025

———————————————————

## DOCKET CORRECTION NOTICE

———————————————————

No.   25-2,          <u>In re: Dylann Roof</u>
                     2:15-cr-00472-RMG-1, 2:25-cv-03298-RMG

TO:   Dylann Storm Roof

CERTIFICATE DUE:  May 9, 2025

Under FRAP 21(a)(1), you must serve your petition for writ of mandamus on:

[✔] the trial court judge directly (**Note: Service on the district court is not sufficient. The petition must be served on the individual judge the action is being sought against.**)

Please serve your petition as indicated above and file the attached certificate of service with the court of appeals by the due date shown.

Emily Borneisen, Deputy Clerk
804-916-2704

_____

## CERTIFICATE OF SERVICE

_____

No.   25-2,          <u>In re: Dylann Roof</u>
                     2:15-cr-00472-RMG-1, 2:25-cv-03298-RMG

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) _____

(select manner of service) [    ] by mail; [    ] by commercial carrier; [    ] in person

(provide name(s) and address(es) of trial court judge and/or parties served):

_____

_____

_____

_____

_____

_____

_____


_____          _____
Signature                                 Date