**No. 25-2**

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

**In re DYLANN STORM ROOF,**
Appellant.

_____

**Corrected Certificate of Service**

_____

I hereby certify that on May 5, 2025, I served copies of the Petition for Writ

of Mandamus in the above captioned case by United States Postal Service to:

Christopher Schoen
U.S. Attorney's Office
Greenville Branch Office, Suite 700
55 Beattie Place
Greenville, SC  29601

Honorable Richard M. Gergel
United States District Judge
U.S. District Courthouse
85 Broad Street
Charleston, SC  29401

/s/ Angela S. Elleman
Attorney for Defendant-Appellant
Dylann Storm Roof

Dated: May 7, 2025