**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

NOTICE

_____

June 24, 2025

No. 25-2,      <u>In re: Dylann Roof</u>
                 2:15-cr-00472-RMG-1, 2:25-cv-03298-RMG

TO: Counsel

Please be advised that the judges of the Fourth Circuit have recused themselves in this case. A panel of judges has been designated in accordance with 28 U.S.C. § 291(a).

/s/ Nwamaka Anowi, Clerk