FILED: June 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2
(2:15-cr-00472-RMG-1)
(2:25-cv-03298-RMG)

_____

In re: DYLANN STORM ROOF

          Petitioner

_____

O R D E R

_____

Upon consideration of the petition for writ of mandamus filed by Dylann Storm Roof, the court directs the filing of an answer to the petition by the United States of America pursuant to Fed. R. App. P. 21(b)(1).

The answer shall be filed within 10 days of the date of this order.

**Appearance of Counsel** and **Disclosure Statement** forms shall also be filed within 10 days of the date of this order. Court forms are available as links from this notice and at the court's website, **www.ca4.uscourts.gov**.

        For the Court

        /s/ Nwamaka Anowi, Clerk