# Exhibit 2

# Defendant's Notice of Intent to Waiver Jury, ECF Dkt No. 181

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:15-CR-472 |
| | ) | |
| DYLANN STORM ROOF | ) | |

## DEFENDANT'S NOTICE OF INTENT TO WAIVE JURY

The Court's Order of June 7, 2016, Dkt. No. 179, requires the defendant to file "a notice of intent waive or demand a trial by jury." Pursuant to this order, the defendant hereby states that he is willing to waive jury, and to be tried and sentenced by the Court. Rule 23(a), Fed.R.Crim.P., 18 U.S.C. § 3593(b)(3). However, counsel for the government has informed defense counsel that the government will not consent to waive jury at either stage of this case.

Respectfully submitted,

s/ *David I. Bruck*
David I. Bruck
Washington & Lee School of Law
Lexington VA 24450
540-458-8188
bruckd@wlu.edu

Michael P. O'Connell
PO Box 828
Mt. Pleasant, SC 29464
843-577-9890
moconnell@stirlingoconnell.com

Attorneys for Dylann S. Roof