**Exhibit 4**

**Competency Hearing Transcript,**

**Nov. 22, 2016**

**2:15-cr-00472-RMG**

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION


UNITED STATES OF AMERICA,      )           2:15-cr-00472-RMG
                               )
            Plaintiff,         )
                               )
VS                             )
                               )           Charleston,
DYLANN STORM ROOF,             )           South Carolina
                               )           November 22, 2016
            Defendant.         )           Volume II


TRANSCRIPT OF COMPETENCY HEARING
BEFORE THE HONORABLE RICHARD M. GERGEL,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:      JULIUS NESS RICHARDSON
                        Assistant U.S. Attorney
                        U.S. Attorney's Office
                        1441 Main Street, Suite 500
                        Columbia, South Carolina 29201

                        MARY J. HAHN
                        Assistant U.S. Attorney
                        U.S. Department of Justice
                        601 D Street NW, Room 5200
                        Washington, DC 20003

                        NATHAN STUART WILLIAMS
                        Assistant U.S. Attorney
                        U.S. Attorney's Office
                        P.O. Box 876
                        Charleston, South Carolina

                        RICHARD E. BURNS
                        Assistant U.S. Attorney
                        U.S. Department of Justice
                        1331 F Street NW, Suite 625
                        Washington, DC 20530

A. Yes.

Q. How did he do that?

A. What his concern is, if that he were to take thyroid medicine -- Your Honor, he has a number of concerns about taking thyroid medicine, but the specific one that Ms. Stevens asked is he's concerned if there were a race war and he had been started on this medication by the Bureau of Prisons or any other practitioner, that if a race war occurred, and he was not able to continue taking the medication, he's concerned that it would have -- it could either speed up the Hashimoto's thyroiditis or somehow harm him.

Q. Now, with regard to other significant beliefs that were important to you as a psychiatrist in your meetings with Mr. Roof, you have mentioned to me that he holds some grandiose-type beliefs. Can you explain that?

A. Yes, he does. Grandiose beliefs, there are ideas that he has about himself, or he holds himself in higher esteem.

Q. And describe some of those. How about the federal prosecutors here seated behind me?

A. Yes. There were some specific ones, federal prosecutors, as much as the State prosecutor who he mentioned by name. But he has a belief that if people met him and talked with him, they would like him and not give him the death penalty.

Q. And we have already spoken about his beliefs that Judge

Gergel is nice and smiles at him.

A. He's called Judge Gergel his friend.

Q. Okay.  And his belief about what will happen if he's incarcerated when the race war happens?

A. Yes.  He believes -- what he told me specifically is that there would be corrections officers there who would be sympathetic and understand, and when the race war occurred, there would be a coup and that he would be freed.

Q. Has he expressed the belief about the odds that he will be sentenced to death by a jury in this courtroom?

A. Yes.

Q. And what has he said about that?

A. He told me there was a 30 percent chance.

Q. Does he have some beliefs surrounding his Wikipedia page?

A. Yes.

Q. Tell us about that.

A. Your Honor, he has a number of concerns about that.  One of them, somewhat autistic and childlike, is that other persons may have more Wikipedia hits than him.  And he's very concerned about the number of hits he has compared to other high-profile offenders.

THE COURT:  Does he have access to the Internet?

THE WITNESS:  Not that I know of -- not that I know of.

Ballenger.  He would not say why.

BY MR. BRUCK:

Q. So did you get a sense of whether he liked Dr. Ballenger or whether he doesn't?  Did he express himself about that?

A. He clearly expressed that he did not like Dr. Ballenger; very much liked Dr. Dietz who he regards as a friend.

Q. As a friend?

A. Yes.

Q. Okay.  Go on.

A. He began to respond to some of my substantive questions, but then would not go further when I asked follow-up questions.  He explained that he's essentially not concerned about these proceedings or the prosecution against him because he has discerned that the Court likes him.  And I asked, "How do you know that?"

And he said, "Because Judge Gergel smiled at me." He says, "Well" -- so he makes something from that.

"Well, what was the significance that you attach to it?"

And he said, "Well, he -- he likes me," and he began to try to explain that his reasons for feeling reassured by the nature of the Judge's smile to appeal to something that he referred to as "global consciousness," which is a paranormal sort of concept that I have some familiarity with from other --