**No. 25-2**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

**In re DYLANN ROOF,**

Appellant.

_____

**MOTION FOR LEAVE TO FILE A REPLY**

_____


Dylann Roof moves for leave to file the attached proposed Reply in Support of his Petition for Writ of Mandamus. As grounds for this motion, undersigned counsel state:

1.     On May 5, 2025, Mr. Roof filed a Petition for Writ of Mandamus ordering Judge Gergel to recuse himself from the § 2255 proceedings in this matter, or, at a minimum, from a hearing on whether recusal is necessary. On July 7, 2025, the government filed its Response.

2.     A proposed Reply is attached with this Motion.

3.     Pursuant to the Federal Rules of Appellate Procedure, when a respondent files a responsive brief, by default the moving party is permitted to file a Reply, to ensure that the issue is fully briefed. *See* Fed. R. App. P. 28(c) (briefs), 27(a)(4) (motions). Because the Court ordered the government to file a Response,

Mr. Roof seeks leave to file a Reply, following the typical course of litigation in this Court.

4.     Allowing Mr. Roof to file the attached proposed Reply will ensure that Mr. Roof receives effective assistance of counsel in this capital case, and will facilitate this Court's decision-making process, because the factual and legal grounds for recusal have not previously been presented to, or argued before, this Court. For example, in his Reply Mr. Roof responds to the government's argument that the recusal issue should be litigated only in § 2255 proceedings.

Dated: July 16, 2025

Respectfully submitted,

/s/ Jill E.M. HaLevi
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
Phone: 843-819-0557
E-Mail: jill@charlestonmediator.com

/s/ Angela S. Elleman
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that all parties or their counsel of record are registered as ECF filers and that they will be served by the CM/ECF system.

A copy of this motion has also been mailed by First Class United States postal service this date to The Honorable Richard M. Gergel, United States District Judge, U.S. District Courthouse, 85 Broad Street, Charleston, SC 29401.

Dated: July 16, 2025

/s/ Jill E.M. HaLevi

/s/ Angela S. Elleman
Attorneys for Defendant-Appellant
Dylann Storm Roof