**No. 25-2**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

**In re DYLANN ROOF,**

Appellant.

_____

**MOTION FOR ORAL ARGUMENT**

_____

Dylann Roof moves for oral argument on his Petition for Writ of Mandamus. As grounds for this motion, undersigned counsel state:

1.      On May 5, 2025, Mr. Roof filed a Petition for Writ of Mandamus ordering Judge Gergel to recuse himself from the § 2255 proceedings in this matter, or, at a minimum, from a hearing on whether recusal is necessary. On July 7, 2025, the government filed its Response. On July 16, 2025, Mr. Roof filed a Reply.

2.      Oral argument will ensure that Mr. Roof receives the effective assistance of counsel in this capital case, and will facilitate this Court's decision-making process, because the factual and legal grounds for recusal have not previously been presented to, or argued before, this Court.

3.      Fed. R. App. P. 21(b)(5) allows for oral argument on mandamus

1

petitions.

4.      As far as counsel is aware, in the only other Petition for a Writ of Mandamus in a federal capital case, oral argument was granted. *See In re Tsarnaev*, No. 15–1170 (1st Cir. Feb. 19, 2015).

Dated: July 16, 2025

Respectfully submitted,

/s/ Jill E.M. HaLevi
Jill E.M. HaLevi
Mediation and Legal Services
102 Broad Street, Suite C
Charleston, SC 29401
Phone: 843-819-0557
E-Mail: jill@charlestonmediator.com

/s/ Angela S. Elleman
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, I electronically filed the foregoing document with the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I certify that all parties or their counsel of record are registered as ECF filers and that they will be served by the CM/ECF system.

Dated: July 16, 2025

/s/ Jill E.M. HaLevi

/s/ Angela S. Elleman
Attorneys for Defendant-Appellant
Dylann Roof