# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 17, 2025

_____

RESPONSE REQUESTED

_____

No.   25-2,          In re: Dylann Roof
                     2:15-cr-00472-RMG-1, 2:25-cv-03298-RMG

TO:      United States of America

RESPONSE DUE: 07/28/2025

Response is required to the motion for leave to file a reply and motion to schedule oral argument on or before 07/28/2025.

Emily Borneisen, Deputy Clerk
804-916-2702