**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

**IN RE: DYLANN STORM ROOF,**
*Petitioner.*

**GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION FOR LEAVE
TO FILE A REPLY AND REQUEST FOR ORAL ARGUMENT**

The Government respectfully submits this response to Petitioner Dylann Roof's motion for leave to file a reply and request for oral argument. The Government does not oppose Petitioner's motion to file a reply but believes oral argument is unnecessary.

In March of 2025, Petitioner moved to recuse the district court judge who presided over his capital trial from considering his motion to vacate his conviction and death sentence pursuant to 28 U.S.C. § 2255. The district court denied the motion to recuse as well as a subsequently filed motion for reconsideration. On May 5, 2025, Petitioner sought a writ of mandamus from this Court ordering the district judge to recuse himself (Dkt. No. 2). On June 25, 2025, this Court directed the

Government to file a response, and the Government submitted its brief opposing Petitioner's motion on July 7, 2025 (Dkt. No. 17).

On July 16, 2025, Petitioner filed a motion for leave to file a reply (Dkt No. 18) and attached the proposed reply (Dkt No. 18-2), which was subsequently filed at Docket Entry 20. Petitioner also filed a motion for oral argument (Dkt. No. 19). In both motions, Petitioner argues that his request (for leave to file a reply or for oral argument) is necessary to "ensure that Mr. Roof receives the effective assistance of counsel" and "will facilitate this Court's decision-making process, because the factual and legal grounds for recusal have not previously been presented to, or argued before, this Court." (Dkt. No. 18-1 at 2; Dkt. No. 19 at 1).

To whatever extent Petitioner contends that "the factual and legal grounds for recusal were not previously presented" in his petition for mandamus, he has now had the opportunity to address any prior omissions through his proposed reply, which the Government does not oppose him filing. Petitioner has filed a motion to recuse and motion to reconsider to the district court and a petition for mandamus and a (proposed) reply to this Court, offering him more than an adequate opportunity to address the relevant issues. There is no basis for the suggestion that oral argument is required for Petitioner to receive effective assistance of counsel, and the fact that the "factual and legal grounds for recusal have not previously been presented to, or

argued before, this Court" is completely unremarkable and true of most matters raised on appeal.

The facts and legal contentions are adequately presented in the materials before the Court and argument would not aid in the decisional process. It is clear from the briefing that Petitioner does not have a clear and indisputable right to the drastic remedy that is mandamus relief, and oral argument will serve only to unnecessarily delay resolution of this matter. For these reasons, the Government respectfully submits that oral argument is unnecessary.

Respectfully submitted,

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: *s/ Christopher B. Schoen*
Christopher B. Schoen
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel. (864) 282-2100
Fax. (864) 233-3158
Email: Christopher.Schoen@usdoj.gov

*s/ Kathleen M. Stoughton*
Kathleen M. Stoughton
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel. (803) 929-3114
Fax. (803) 254-2912
Email: Kathleen.Stoughton@usdoj.gov

July 28, 2025