FILED: July 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2
(2:15-cr-00472-RMG-1)
(2:25-cv-03298-RMG)

_____

In re: DYLANN STORM ROOF

    Petitioner

_____

O R D E R

_____

Upon consideration of submissions relative to petitioner's motions for leave to file a reply and for oral argument, the court grants the motion to file a reply and denies the motion for oral argument.

For the Court

/s/ Nwamaka Anowi, Clerk