FILED: September 30, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2
(2:15-cr-00472-RMG-1)
(2:25-cv-03298-RMG)

_____

In re: DYLANN STORM ROOF

      Petitioner

_____

O R D E R

_____

The court denies the petition for panel rehearing.

Entered at the direction of the panel: Judge Benton, Senior Judge Gilman, and Senior Judge Chin.

For the Court

/s/ Nwamaka Anowi, Clerk