IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————————

No. 25-2

In re:  DYLANN STORM ROOF,

Petitioner

————————————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

————————————————

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

————————————————

Undersigned counsel respectfully moves, pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 46(c), to withdraw as counsel of record for the United States in the above-captioned case.  Effective September 30, 2025, undersigned counsel will leave his position with the Department of Justice.

In addition, the United States moves to withdraw Jason Lee who resigned from his position with the Civil Rights Division of the Department of Justice effective September 19, 2025.

The United States will continue to be represented by other counsel of record.

Respectfully submitted,

HARMEET K. DHILLON
  Assistant Attorney General

JESUS A. OSETE
  Principal Deputy Assistant Attorney
  General

s/ Brant S. Levine
BRANT S. LEVINE
  Attorney
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (202) 616-4373

Date:  September 30, 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion contains 89 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with Federal Rule of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

s/ Brant S. Levine
BRANT S. LEVINE
 Attorney

Dated:  September 30, 2025