UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2
(2:15-cr-00472-RMG-1)
(2:25-cv-03298-RMG)

_____

In re: DYLANN STORM ROOF

Petitioner

_____

O R D E R

_____

The court grants the motion to withdraw Jason Lee and Brant S. Levine from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk